**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Cr. 89-162-01 |
| | * | |
| **RAYFUL EDMOND, III** | * | |
|     Defendant. | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT RAYFUL EDMOND'S RESPONSE TO GOVERNMENT'S MOTION TO REDUCE SENTENCE AND MOTION TO SEAL RULE 35 HEARING

The Defendant, Rayful Edmond, III, by and through undersigned counsel, hereby responds to the Government's Motion to Reduce Sentence and moves to seal the upcoming March 29, 2019 hearing. In support of this Motion, counsel states the following:

1. So as to reduce the burden on this Court and with respect to repetitive pleadings, Defendant Edmond moves this Court to adopt the factual allegations set forth in Docket Entry 201 and the supporting exhibits.

2. At the March 29, 2019, Mr. Edmond will request that this Court sentence him to time served ████████████████████████████████████████████████

3. Undersigned counsel expects that information will be presented at the March 29 hearing ████████████████████████████████████████████████████████████████████████████████

1

4. By way of example, and not exclusivity, Mr. Edmond believes that information will be presented [redacted]

(Emphasis added).

5. [redacted]

6. Thus, Mr. Edmond requests that this Court seal the March 29, 2019 proceedings.

7. Undersigned spoke with AUSA John Crabb, Esq. on March 1, 2019 regarding the foregoing request to seal the March 29, 2019 proceedings. AUSA Crabb indicated the government will consider the defense's request but did not have a final answer.

**WHEREFORE**, the Defendant, Mr. Edmond, respectfully requests that this Court GRANT this Motion to Seal the March 29, 2019 proceedings. At the March 29, 2019 hearing, Mr. Edmond will request that this Court sentence him to time served.

Respectfully Submitted,

DOWNS COLLINS, P.A.

\_\_\_/s/_____
Jason G. Downs
D.C. Bar #979486
20 South Charles Street, Suite 901
Baltimore, Maryland 21201
O: (410) 462-4529
F: (410) 995-7200
jason@downscollins.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of March 2019 a copy of the foregoing Response to Government's Motion to Reduce Sentence and Motion to Seal Rule 35 Hearing was filed via ECF and sent to Deputy Chief John Crabb, Esq. at John.D.Crabb@usdoj.gov.

/s/_____
Jason G. Downs, Esquire

3