**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Cr. 89-162-01(EGS) |
| | : | |
| **RAYFUL EDMOND III,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S REPLY**

The government hereby replies to the defendant's response to the Court's question as to how "it may obtain the views of the victims, family members of victims, and members of the community, including whether the Attorney General for the District of Columbia could appropriately represent the views of the members of the community" with respect to the defendant's resentencing. [March 6, 2019 Minute Order].

In his response the defendant "request[ed] that Docket Entry 201, and the attachments thereto, be provided to the Office of the Attorney General for the District of Columbia – subject to a Protective Order . . . ." Def. Response [Dkt. 228] at 3 n.4. The government has previously stated its position that there is no role in this Rule 35(b) litigation for the Attorney General for the District of Columbia. Gov. Response [Dkt. 224] at 12 n.9. If, however, the Court determines that "the Attorney General for the District of Columbia could appropriately represent the views of the members of the community" in this matter, there is still no reason to grant the defendant's request. Docket Entry 201 is not relevant to determining the views of the community.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
DC Bar No. 472845


_____/s/_____
John Crabb Jr.
Deputy Chief, Criminal Division
N.Y. Bar No. 2367670
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-1794
john.d.crabb@usdoj.gov