UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Cr. 89-162-01(EGS) |
| | : | |
| **RAYFUL EDMOND III,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S RESPONSE TO COURT'S MINUTE ORDER

On May 7, 2019, the Court issued a minute order stating, among other things, that "[a]ny objections to Mr. Edmond's appearance via video conference shall be filed by no later than May 13, 2019.[1]

The government has consulted the appropriate officials, who are responsible for the defendant's current circumstances of incarceration. We have been advised that it would be difficult technologically and logistically to arrange for the defendant's appearance at the upcoming status conference by video conference; however, it would be feasible to arrange for the defendant to call into the courtroom by telephone. We advised the defense of this, and the defense has no objection to the defendant "appearing" by telephone. Accordingly we ask that the defendant be permitted to call into the status hearing without a video component.

---

[1] The government endeavored to explore the feasibility of the defendant appearing by video conference immediately upon receiving the Court's Order, and, likewise, we immediately solicited the defense's position on this issue. The government did not have the complete necessary information until May 13. We therefore seek leave to file this response one date late.

2

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
DC Bar No. 472845


_____/s/_____
John Crabb Jr.
Deputy Chief, Criminal Division
N.Y. Bar No. 2367670
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-1794
john.d.crabb@usdoj.gov