**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Cr. 89-162-01(EGS) |
| | : | |
| **RAYFUL EDMOND III,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S UPDATE REGARDING STATUS HEARING

On May 7, 2019, the Court issued a minute order instructing that the defendant appear via video conference. Previously, the government advised the Court that this presented certain challenges, but, as directed by the Court, we have endeavored to have video conference capability. We now update the Court on the status of the video conference:

We have been advised that a video conference test call was attempted this morning and it was unsuccessful. While we will continue to attempt to rectify the problem, it may not be possible to the defendant appear at tomorrow's status hearing by video conference.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
DC Bar No. 472845


_____/s/_____
John Crabb Jr.
Deputy Chief, Criminal Division
N.Y. Bar No. 2367670
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-1794
john.d.crabb@usdoj.gov