# Arnold & Porter

Amy Jeffress
Amy.Jeffress@arnoldporter.com

*Let This be filed* [handwritten note]
1/14/20

December 27, 2019

The Honorable Emmet G. Sullivan
333 Constitution Avenue NW
Washington, DC 20001

**FILED**
**JAN 14 2020**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Re: United States v. Rayful Edmond, Criminal No. 89-162 (EGS)

Dear Judge Sullivan:

I am writing in support of the motion of the U.S. Attorney's Office to seek a reduction of sentence for Rayful Edmond III.

I was an Assistant United States Attorney for the District of Columbia from 1996 to 2009. I left the government in 2014 and am now in private practice.

In 2001, I joined the trial team for the case of United States v. Kevin Gray et al., Criminal No. 00-157, assigned to the Honorable Royce Lamberth. Mr. Edmond was a witness for the government in the trial of the first six defendants who were prosecuted as part of the indictment in that case. The trial began in March, 2002, and Mr. Edmond was one of the government's first witnesses. I was responsible for preparing him and sponsoring his testimony at trial.

Mr. Edmond was fully cooperative. He admitted to his substantial criminal activity in the 1980s. He also expressed regret and remorse for his role in the crack epidemic that caused significant harm to many people in the community. We found his testimony credible and he was an important witness at trial. All six defendants were convicted of RICO conspiracy and related charges in connection with multiple first-degree murders and drug offenses.

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW | Washington, DC 20001-3743 | www.arnoldporter.com

# Arnold & Porter

Judge Sullivan
December 27, 2019
Page 2

      I was not available to attend the hearing on October 16 due to previously scheduled travel, but I would be happy to answer any questions about my experience with Mr. Edmond.

                                                                Sincerely,

                                                               Amy Jeffress