UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RAYFUL EDMOND, III,<br>             Defendant. | Crim. Action No. 89-162-1 (EGS) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion issued this day, it is hereby

**ORDERED** that Mr. Edmond's Motion for Relief Under 18 U.S.C. § 3582(c) Based on Amendment 782 to the Guidelines Manual, ECF No. 332, is **DENIED**; and it is further

**ORDERED** that Mr. Edmond's Motion for a Sentence Reduction Under § 404(b) of the First Step Act, ECF No. 345, is **DENIED**.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            February 14, 2023**