# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: 89-162 (EGS) |
| v. | : | |
| RAYFUL EDMOND, III, | : | |
| | : | (Electronically Filed) |

## NOTICE OF FILING

Rayful Edmond, III, by counsel respectfully resubmits for filing on the Court's docket the attached letter dated May 2, 2024, and exhibits in support of his request for sentence reduction

                                                  Respectfully submitted,

                                                  _____/s/_____
                                                  Candace N. Robinson, Esq.
                                                  Bar # CT0024
                                                  CNR Law, LLC.
                                                  320 Boston Post Road
                                                  Suite 180 #1037
                                                  Darien, CT 06820
                                                  P:860-269-3939
                                                  F:860-269-3939
                                                  candace@cnrlawfirm.com
                                                  *Counsel for Rayful Edmond, III*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of May 2024, I electronically filed the foregoing Notice and Attachments with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

AUSA John D. Crabb Jr.
Office of the United States Attorney
555 4th Street, N.W.
Washington, DC 20530
John.d.crabb@usdoj.gov

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non- CM/ECF participant(s), as addressed as follows; Rayful Edmond, III