<div style="text-align:center">

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

</div>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Cr. 89-162-01 |
| | * | |
| **RAYFUL EDMOND, III** | * | |
| Defendant. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<div style="text-align:center">

**<u>MOTION FOR EMERGENCY RULING AND REQUEST FOR HEARING</u>**

</div>

NOW COMES, Defendant, Rayful Edmond, III, by and through undersigned counsel, and hereby files this Motion for Emergency Ruling and Request for Hearing on Defendant's Motion to Reduce Sentence Pursuant to the First Step Act of 2018 ( Doc.345) and Motion to Reduce Sentence Pursuant to USSG 750 and 759 ( Doc.373) and in support thereof, it is averred as follows:

1. In accordance with § 404(b) of the First Step Act, counsel for Edmond filed a Motion to Reduce his sentence on July 7, 2022. ( Doc. 345)

2. Your Honor issued an opinion on February 14, 2023, denying relief to Edmond under §404 (b) of the First Step Act.

3. On February 24, 2023, Counsel for Edmond filed a Motion for Reconsideration. ( Doc.361)

4. On February 16, 2024, Your Honor issued a Minute Order directing the parties to fully brief Edmond's §404 (b) motion.

5. Edmond has been awaiting a ruling on his §404 (b) motion for two years ( Doc.345) and nearly one year on his Request for Sentence Reduction Pursuant to USSG 750 and 759. ( Doc.373)

6. He is eligible for release in 2025 and has approximately 16 months left on his sentence.

1

7. Counsel maintains Edmond's eligibility for sentence reductions on both pending motions, and waiting for a ruling for an additional year or two would undermine the purpose of the First Step Act and the Commission's intent with respect to reducing an eligible petitioner's sentence.

8. Both pending motions have been fully briefed and are ripe for ruling. Should the court need clarification on the issues presented, Counsel is available for a hearing.

**WHEREFORE**, Defendant, Rayful Edmond, III, respectfully requests that this Court GRANT the Motion for Emergency Ruling and Request for Hearing .

## Certificate of Service

I hereby certify that on the 13th day of June 2024, I electronically filed the foregoing pleading, proposed order and exhibits with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

AUSA John D. Crabb, Jr.
Office of the United States Attorney 555 4th Street, N.W.
Washington, D.C. 20530
john.d.crabb@usdoj.gov

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: Rayful Edmond, III.

Date: June 13, 2024,                                Respectfully submitted,

<div style="margin-left:40%">

s/ *Candace N. Robinson*  
Candace N. Robinson, Esq.  
Bar ID # CT0024  
CT Juris. # 434150  
CNR Law, LLC.  
320 Boston Post Road  
Suite 180 #1037  
Darien, CT 06820  
P:860-269-3939  
F:860-269-3939  
candace@cnrlawfirm.com  
*Counsel for Rayful Edmond, III*

</div>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Cr. 89-162-01 |
| | * | |
| **RAYFUL EDMOND, III** | | |
| **Defendant.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] ORDER**

The Court having considered Defendant, Rayful Edmond, III's Motion for Expedited Ruling and Request for Hearing, this Court hereby **GRANTS** Defendant's motion. It is hereby

**ORDERED** that a hearing is set for _____.


_____
Judge United States District
Court for the District of Columbia

4